**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00238-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LEILA McCOY, et al.,

    Plaintiff,

v.

ANTIOCH MISSIONARY BAPTIST INC.,
NATIONAL BAPTIST CONVENTION USA INC.,
PATRICIA BILAL (Individually
/Prof Capacity), and
PASTOR TD HICKS, (Individually and in his Professional Capacity as Counselor/Rev),

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff Leila McCoy currently resides in Colorado Springs, Colorado.  On February 4, 2015, she submitted a Complaint and a Motion and Affidavit for Leave to proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   ___   is not submitted
(2)   _X_   is not on proper form (must use the current Court-approved form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application

(8) \_\_ other: In the alternative, Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:

(9) \_\_ is not submitted
(10) \_\_ is not on proper form (must use the court's current form)
(11) \_\_ is missing an original signature by the Plaintiff
(12) \_\_ is incomplete
(13) \_\_ uses et al. instead of listing all parties in caption
(14) \_\_ names in caption do not match names in text of Complaint
(15) \_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) \_\_ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiency. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 4, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge