IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00238-GPG

LEILA McCOY, et al.,

    Plaintiff,

v.

ANTIOCH MISSIONARY BAPTIST INC.,
NATIONAL BAPTIST CONVENTION USA INC.,
PATRICIA BILAL (Individually/Prof Capacity), and
PASTOR TD HICKS, (Individually and in his Professional Capacity as Counselor/Rev),

    Defendants.

---

AMENDED ORDER OF DISMISSAL

---

Plaintiff Leila McCoy currently resides in Colorado Springs, Colorado. Plaintiff initiated this action by filing *pro se* a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on February 4, 2015, Magistrate Judge Gordon P. Gallagher told Plaintiff that if she intends to pursue an action she must cure certain deficiencies. Specifically, Magistrate Judge Gallagher directed Plaintiff to provide her request to proceed *in forma pauperis* on a current Court-approved form titled, "Application to Proceed in District Court Without Prepaying Fees or Costs." Magistrate Judge Gallagher warned Plaintiff that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On February 12, 2015, the envelope in which the February 4 Order to Cure was sent to Plaintiff was returned to the Court and marked, "Forward Time Exp Rtn to Send." The February 4 Order was resent to Plaintiff at her most current address on February 13, 2015. When Plaintiff had not responded to the February 4 Order within the time

allowed, the Court entered a minute order on March 5, 2015, that allowed her an additional thirty days to comply. The Clerk of the Court also sent to Plaintiff the proper Court-approved form Plaintiff needed to file to request leave to proceed *in forma pauperis*.

The thirty days now has run. Plaintiff, however, has not communicated with the court. The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the February 4, 2015 Order, within the time allowed, and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied.

DATED at Denver, Colorado, this  15th   day of    April        , 2015.

                                          BY THE COURT:

                                             s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, Senior Judge
                                          United States District Court