IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00238-LTB

LEILA McCOY, et al.,

    Plaintiff,

v.

ANTIOCH MISSIONARY BAPTIST INC.,
NATIONAL BAPTIST CONVENTION USA INC.,
PATRICIA BILAL (Individually/Prof Capacity), and
PASTOR TD HICKS, (Individually and in his Professional Capacity as Counselor/Rev),

    Defendants.

---

## AMENDED JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 15, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 15 day of April, 2015.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/A. Lowe
                    Deputy Clerk